IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LISA ANN McKINLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 7:15-cv-00166 |
| THE SALVATION ARMY, | ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR FINDING OF SPOLIATION AND FOR DEFENDANT TO SHOW CAUSE

COMES NOW Plaintiff, Lisa Ann McKinley, by counsel, and provides this dual Motion for Finding of Spoliation and for Defendant to Show Cause why the Defendant should not be held in contempt. The Plaintiff has fashioned this as a dual Motion because of the interrelation between issues involved in the discovery process and for efficiency purposes. The factual and legal support for this Motion are included in a contemporaneously filed Brief.

WHEREFORE, Plaintiff respectfully requests the following relief:

a. That the Court enter an order finding the Defendant to be in contempt of this Court's December 7, 2015 Order;

b. That the Court enter an order compelling the Defendant to produce all materials to the Plaintiff as required by this Court's December 7, 2015 Order;

c. That the Court enter an Order finding that the Defendant has caused of a spoliation of evidence in this matter;

d. That the Court enter an order sanctioning the Defendant and providing Plaintiff's counsel with attorneys' fees related to the filing of these Motions; and

e. Any and all such further relief as the Court deems equitable.

Respectfully Submitted,

By: /s/ Thomas E. Strelka
    Thomas E. Strelka (VSB#75488)
    Strelka Law Office, PC
    119 Norfolk Avenue, SW
    Suite 330, Warehouse Row
    Roanoke, VA 24011
    (540) 283-0802
    thomas@strelkalaw.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2015, I electronic filed this pleading on the Courts CM/ECF filing systems which contemporaneously sends a Notice of Electronic Filing to:

Paul Klockenbrink, Esq.
Gentry Locke
10 Franklin Road, S.E., Suite 900
Roanoke, VA 24011
klockenbrick@gentrylocke.com

Catherine Huff, Esq.
Gentry Locke
10 Franklin Road, S.E., Suite 900
Roanoke, VA 24011
huff@gentrylocke.com

*Counsel for Defendant*

    /s/ Thomas E. Strelka
    Thomas E. Strelka