# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **LISA ANN MCKINLEY** | Action No: 7:15CV0166 |
| | Date: 01/26/2016 |
| vs. | Judge: Hon. Glen Conrad |
| | Court Reporter: Judy Webb |
| **THE SALVATION ARMY et al** | Deputy Clerk: Susan Moody |

Plaintiff Attorney(s)  
Thomas Strelka, Esq.

Defendant Attorney(s)  
Catherine Huff, Esq.  
Paul Klockenbrink, Esq.

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:  
None

DEFENDANT:  
None

PROCEEDINGS:
Parties present for oral argument on motions re: Spoliation #28 and for Summary Judgment #30.
Oral Argument/Opinion to follow in near future.

Time in Court: 3:00-4:11 pm   1 hour 11 mins