IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

LISA ANN MCKINLEY, )
)
Plaintiff, )
)
v. ) Case No. 7:15-cv-00166
)
THE SALVATION ARMY, )
)
Defendant. )

**DEFENDANT'S RULE 26(a)(3) WITNESS LIST**

COMES NOW the Defendant, The Salvation Army, by counsel, pursuant to Federal Rule of Civil Procedure 26(a)(3) and the June 16, 2015 Pretrial Scheduling Order entered in this case, and tenders the following list of witnesses to be used at the trial:

WITNESSES

The defendant expects to call the following witnesses at trial:

1. Capt. Kenneth Argot
2. Capt. Amy Argot
3. Kevin Cashion
4. Susan Latta
5. Michael Moffitt
6. Teresa Moffitt
7. Vincent Pampley
8. Michelle Pettis-Tibbs
9. Karin Vaughn
10. The defendant reserves the right to call all witnesses identified by the plaintiff.
11. The defendant reserves the right to call additional witnesses as necessary for impeachment purposes or in rebuttal to the evidence of the plaintiff to this action.

Dated: July 18, 2016.

Respectfully Submitted,

THE SALVATION ARMY

By: /s/ Catherine J. Huff
Of Counsel

Paul G. Klockenbrink (VSB No. 33032)
Kevin W. Holt (VSB No. 42866)
Catherine J. Huff (VSB No. 78610)
GENTRY LOCKE
900 SunTrust Plaza
P.O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
Fax: (540) 983-9400
klockenbrink@gentrylocke.com
holt@gentrylocke.com
huff@gentrylocke.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Thomas E. Strelka, Esq. (VSB#75488)
> L. Leigh R. Strelka, Esq. (VSB #73355)
> Strelka Law Office, PC
> 119 Norfolk Avenue, SW
> Suite 330, Warehouse Row
> Roanoke, VA 24011
> Phone: (540) 283-0802
> Email: thomas@strelkalaw.com
> leigh@strelkalaw.com
>
> *Counsel for Plaintiff, Lisa A. McKinley*

/s/ Catherine J. Huff
Of Counsel
