# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

## CIVIL MINUTES – JURY TRIAL
### Day One

Case No.: 715CV166        Date: 08/01/2016

---

**LISA ANN MCKINLEY**
Plaintiff(s)

Counsel: Thomas Strelka, Esq.
Leigh Strelka, Esq., Isak Howell, Esq.

v.

**THE SALVATION ARMY,**
Defendant(s)

Counsel: Catherine Huff, Esq.
Paul Klockenbrink, Esq.

---

PRESENT:   JUDGE:         Hon. Glen Conrad         TIME IN COURT: 6 h 51 m
           Deputy Clerk:  Susan Moody
           Court Reporter: Sonia Ferris

## LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Lisa McKinley | 1. |

PROCEEDINGS:
  31 jurors present and sworn on Voir Dire.
  6 jurors struck for for cause
  9 jurors struck by Plaintiff.
  9 jurors struck by Defendant.
  7 member jury impaneled and sworn. Remaining jurors discharged.

☒ Preliminary remarks and instructions to jury by Court Click here to enter text.
☒ Witnesses excluded from courtroom
☒ Opening Statements.
☒ Plaintiff presents evidence. Cross Exam, Rebuttal, Exhibits, Objections thereto and rulings thereon as reflected in the record.

☒ Recess – To return for day 2 – 8/2/16 @ 8:30 am

TIME IN COURT: 9:16-9:30 w/o jury, 9:30-11, 11:15-11:55, 1:00-1:50, 1:58-3:30, 3:50-5:55