# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Two

Case No.: 7:15CV166      Date: 08/02/2016

---

**Lisa Ann McKinley**          Counsel: Thomas Strelka, Esq., Leigh
Plaintiff(s)                   Strelka, Esq., & Isak Howell, Esq.

v.

                               Counsel: Paul Klockenbrink, Esq. &
**The Salvation Army**         Catherine Huff, Esq.
Defendant(s)

---

PRESENT:  JUDGE:            Hon. Glen Conrad        TIME IN COURT: 6 h 49 m
          Deputy Clerk:     Susan Moody
          Court Reporter:   Sonia Ferris

## LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. David Winley | None |
| 2. Evelyn Jordan | |
| 3. Capt. Ken Argot | |
| 4. Mike Moffitt | |
| 5. Susan Latta | |
| 6. Karin Vaughn | |
| 7. Fred Dawson, Deposition Read/Record | |

PROCEEDINGS:
☒ Plaintiff continues evidence, Cross, Rebuttal. Exhibits, Objections, and Rulings as reflected in the record.
☒ During Pltf's case, Juror advised privately of potential conflict/Court consulted w/ Juror and counsel-excused Juror MW from further service, all agree to proceed w/ 6 jurors
☒ Plaintiff rests.
☒ Defendant Motion for Judgment as a Matter of Law - Court denies.

To Resume for Day 3 – 8:30 am August 3, 2016

TIME IN COURT: 8:36-9:09, 9:17-10:04, 10:23-11:11, 11:19-12:39, 1:50-3:35, 3:52-5:38