We want to know specifically what is entailed by "alter the conditions of plaintiff's employment."

FILED IN OPEN COURT
DATE 8-3-16
BY Susan Moody
DEPUTY CLERK
Roanoke DIVISION, W.D. of VA

Jury Question #1