IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 7 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

LISA ANN MCKINLEY,               )
                                 )
        Plaintiff,               )        Civil Action No. 7:15CV00166
                                 )
v.                               )        **ORDER**
                                 )
THE SALVATION ARMY,              )        By: Hon. Glen E. Conrad
                                 )        Chief United States District Judge
        Defendant.               )

This case is currently before the court on the defendant's bill of costs.  In accordance with
the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1.      The defendant's request for an award of costs is **GRANTED IN PART AND
        DENIED IN PART**; and

2.      Costs in the amount of $4,728.90 are taxed against the plaintiff.

The Clerk is directed to send certified copies of this order and the accompanying
memorandum opinion to all counsel of record.

DATED: This 27th day of June, 2017.

_____
Chief United States District Judge